■ In the Matter of SECURITIES RESEARCH SERVICES, INC., Appellant. LILLIAN ROBERTS, as Commissioner of Labor, Respondent.—Motion for reargument granted, without costs, and upon reargument, decision dated July 31, 1986 (122 AD2d 504) rescinded and order entered September 19, 1986 vacated and the prior decision of this court is amended to read as follows: "Decision affirmed, without costs (see, Matter of Locasto [Panache Mgt. & Consulting Corp.—Roberts], 122 AD2d 368)." Mahoney, P. J., Main, Casey, Yesawich, Jr., and Harvey, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL McCRARY, Petitioner, v E. W. JONES, as Superintendent of Great Meadow Correctional Facility, et al., Respondents.—Application, pursuant to CPLR 7002 (b) (2), for writ of habeas corpus denied (see, People ex rel. Davis v Coombe, 97 AD2d 667). Mahoney, P. J., Weiss, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD L. WILLIAMS, Petitioner, v ROBERT KUHLMANN, as Superintendent of Sullivan Correctional Facility, Respondent.—Application, pursuant to CPLR 7002 (b) (2), for writ of habeas corpus denied. Kane, J. P., Main, Casey, Weiss and Mikoll, JJ., concur.